**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

**MANUEL LOPEZ MARTINEZ**          Case No.   16-06845-ESL

         Chapter 13      Attorney Name:   **ROBERTO ARISTIDES FIGUEROA COLON***

---

**I. Appearances**

| | | |
|---|---|---|
| **Debtor** | [X] Present | [ ] Absent |
| **Joint Debtor** | [ ] Present | [ ] Absent |
| **Attorney for Debtor** | [X] Present | [ ] Absent |

[ ] Prose

[ ] Appearing:

**Date & Time:**   9/28/2016 10:10:00AM

[X] R     [ ] NR    LV:   tbd

[ ] This is debtor(s) 0 Bankruptcy filing.

**Creditors:**

**None**

---

**II. Oath Administered**

    [X] Yes          [ ] No

---

**III. Plan**

**Date:**   08/29/2016      **Base:**     $8,100.00    Payments 0 made out of 1 due.

**Confirmation Hearing Date:**    11/4/2016 11:00:00AM

**Evidence of Pmt shown:**

---

**Attorney's fees as per R. 2016(b)**

    $3,000.00   -   $242.00   =   $2,758.00

---

**IV. Status of Meeting**

[X] Closed       [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

**MANUEL LOPEZ MARTINEZ**

Case No. 16-06845-ESL

Chapter 13    Attorney Name:    **ROBERTO ARISTIDES FIGUEROA COLON***

(Cont.)

**Trustee's Report on Confirmation**

[ ] **FAVORABLE**

[X] **UNFAVORABLE**

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>  [ ] State - years<br><br>[ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>  [ ] Premises<br>  [ ] Vehicle(s):<br>[ ] Licenses issued by: |

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**MANUEL LOPEZ MARTINEZ**          Case No.   **16-06845-ESL**

**Chapter 13**     Attorney Name:   **ROBERTO ARISTIDES FIGUEROA COLON***

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 3**

**Household size: 2**

**Disp. Income under 1325(b)(2):**

**General unsecured distribution is 20%**

1. Plan provides lift the stay in favor of Oriental Bank lien holder of debtor's real property since property is paid by third party, however plan provides for in full payment of CRIM. Debtor has to evaluate such treatment.

debtor's spouse has no income.

2. Debtor purchased the property approximately 7 years ago in $85,000. Property is in wood and has 2 acres. Trustee objects assumption of lease agreement. A separate motion will be filed.

The following party(ies) object(s) confirmation:

**s/Osmarie Navarro**          Date:     **09/28/2016**

**Trustee/Presiding Officer**          (Rev. 05/13)