**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**MANUEL LOPEZ MARTINEZ**<br>**aka MANUEL LOPEZ**<br><br>xxx–xx–6901<br><br>Debtor(s) | Case No. **16–06845 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 11/15/16 |

***ORDER***

Upon debtor's (s') reply (see docket entry #12), the motion to dismiss filed by Trustee (docket entry #10) is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, November 15, 2016 .

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge